FILED

2018 MAY -9  PM 2: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

---

TISHA MANNING, on behalf of herself and on behalf of all others similarly situated,

Plaintiff,

v.

ADVANCED CARE SCRIPTS, INC.,

Defendant.

---

CIVIL ACTION NO. 6:18-CV-716-ORL-31-DCI

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION:

PLEASE TAKE NOTICE that Defendant Advanced Care Scripts, Inc. ("ACS") hereby removes the above-captioned action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  ACS provides the following "short and plain statement of the grounds for removal" pursuant to 28 U.S.C. § 1446(a).  *Dart Cherokee Basin Operating Co., LLC v. Owens*, __ U.S. __, 135 S. Ct. 547, 554 (2014).

1.    On April 9, 2018, Plaintiff Tisha Manning filed this action, captioned *Manning v. Advanced Care Scripts, Inc.*, No. 2018-CA-003601-O, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County Civil Division.  Ms. Manning served the Complaint, written discovery requests, and a notice of deposition on the registered agent for ACS on April 18, 2018.  A true and correct copy of all process, pleadings, and orders served

upon ACS are attached as **Composite Exhibit A** pursuant to 28 U.S.C. § 1446(a).

2.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the action arises under the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq.* (Complaint, Ex. A).

3.      Removal is timely. ACS removed this action within 30 days after service of the Complaint pursuant to 28 U.S.C. § 1446(b).

4.      Venue is proper in this Court. Ms. Manning filed the action in the Circuit Court of the Ninth Judicial District in and for Orange County Civil Division. Venue therefore properly lies in the United States District Court for the Middle District of Florida, Orlando Division, the district and division embracing Orange County. 28 U.S.C. §§ 89(b), 1441(a).

5.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on counsel for Ms. Manning and a copy is being filed with the Circuit Court of the Ninth Judicial District in and for Orange County Civil Division.

WHEREFORE, ACS removes the action pending in the Circuit Court of the Ninth Judicial District in and for Orange County Civil Division in its entirety to this the United States District Court for the Middle District of Florida, Orlando Division.

Dated:  May 8, 2018                          Respectfully submitted,

                                             GREENBERG TRAURIG, LLP

                                             s/ Catherine H. Molloy
                                             Catherine H. Molloy
                                             Florida Bar No. 33500
                                             101 E. Kennedy Boulevard, Suite 1900
                                             Tampa, FL  33602
                                             Telephone: (813) 318-5700
                                             Facsimile: (813) 318-5900
                                             E-Mail: molloyk@gtlaw.com

2

James N. Boudreau
Pennsylvania Bar No. 77891
*Pro Hac Vice Application Forthcoming*
Christiana L. Signs
Pennsylvania Bar No. 317851
*Pro Hac Vice Application Forthcoming*
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
E-Mail: boudreauj@gtlaw.com
E-Mail: signsc@gtlaw.com

*Attorneys for Defendant Advanced Care Scripts, Inc.*

## CERTIFICATE OF SERVICE

I, Catherine H. Molloy, hereby certify that on May 8, 2018, I caused a true and correct copy of the foregoing Notice of Removal to be served via Email and U.S. Mail on the following counsel of record:

Luis A. Cabassa
Florida Bar Number: 0053643
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
Email: lcabassa@wfclaw.com
Email: twells@wfclaw.com

s/ Catherine H. Molloy
Catherine H. Molloy

3